IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF THE APPLICATIONS OF THE UNITED STATES OF AMERICA FOR SEARCH OF INORMATION ASSOCIATED WITH THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (443) 525-8735, THAT IS STORED AT PERMISES CONTROLLED BY AT&T WIRELESS | : MISC. NO. 18-2803-SAG <br> : <br> : UNDER SEAL <br> : <br> : <br> : <br> : |

## ORDER

Upon review of the Motion of the United States of America, the Court hereby adopts the government's proffer of the reasons for sealing as presented therein, and it is this _____ day of October, 2018, **ORDERED** that the warrant, the affidavit, and other materials submitted in connection with the above-referenced matter, along with the motion, shall be **SEALED** until further order of this court.

It is further ORDERED that the Clerk of the Court provide a copy of this Order to the United States Attorney's Office.

_____
Hon. Stephanie A. Gallagher
United States Magistrate Judge

___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

OCT 29 2018

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY